**FILED**
JUN - 9 1997
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSEPH SCHREIBER | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-95-CA-0084 |
| | § | |
| JANI-KING OF SAN ANTONIO, INC.; JANI-KING INTERNATIONAL INC., and ARLEEN CAVANAUGH, INDIVIDUALLY and as VICE PRESIDENT | § § § § § | |
| Defendants | § | |

## AGREED JUDGMENT DISMISSING WITH PREJUDICE

Came on to be considered the Stipulation of Dismissal with Prejudice executed and filed by the parties in this action, the parties having agreed that Plaintiff's action against Defendants is dismissed with prejudice against Plaintiff from reasserting same.

IT IS, THEREFORE, ORDERED and DECREED that Plaintiff JOSEPH SCHREIBER's action against Defendants, JANI-KING OF SAN ANTONIO, INC., JANI-KING INTERNATIONAL, INC., and JANI-KING, INC., and ARLEEN CAVANAUGH, INDIVIDUALLY AND AS VICE-PRESIDENT, a Defendant herein, in Civil Action No. SA-95-CA-0084 be, and hereby is, DISMISSED WITH PREJUDICE, and that all costs of Court are taxed against the party incurring same.

SIGNED this 9th day of June, 1997.

_____
ORLANDO GARCIA
UNITED STATES DISTRICT JUDGE

8770.002\53759